IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TRAVIS LEE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>UTAH DEP'T OF CORR. et al.,<br><br>Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br><br>Case No. 2:19-CV-423-DAK<br><br>District Judge Dale A. Kimball |

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not obeyed the Court's June 27, 2019, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

DATED this 27th day of August, 2019.

BY THE COURT:

_____
JUDGE DALE A. KIMBALL
United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2019).
[2] *See* 28 *id.* § 1915.
[3] *See id.* § 1915(a)(2).